John MILLER v. STATE.

3 Div. 756.

Court of Appeals of Alabama.
Jan. 15, 1935.

RICE, Judge.
Affirmed.

Otto MILLER v. STATE.

8 Div. 888.

Court of Appeals of Alabama.
March 6, 1934.

SAMFORD, Judge.
Affirmed.

Tollie MILLER v. STATE.

8 Div. 82.

Court of Appeals of Alabama.
Feb. 12, 1935.

BRICKEN, Presiding Judge.
Affirmed.

Oscar MIMS v. STATE.

5 Div. 954.

Court of Appeals of Alabama.
Nov. 27, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed.

Raymon, alias Raymond, MITCHELL v.
STATE.

8 Div. 914.

Court of Appeals of Alabama.
Jan. 30, 1934.

SAMFORD, Judge.
Affirmed.